

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00151-CV

John **PORTERFIELD**,
Appellant

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-366
Honorable Kirsten Cohoon, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we DENY both parties' requests for panel rehearing. We WITHDRAW our July 14, 2021 opinion and judgment in this case. We REVERSE the trial court's November 21, 2019 Order and Final Judgment as to appellee Deutsche Bank National Trust Company's trespass to try title and quiet title claims and appellant John Porterfield's claim for improvements. We REMAND those issues for further proceedings consistent with this opinion.

We AFFIRM the portion of the trial court's November 21, 2019 Order and Final Judgment denying appellant John Porterfield's motion for summary judgment. We further AFFIRM the portion of the trial court's judgment that grants summary judgment for appellee Deutsche Bank National Trust Company as to appellant John Porterfield's abuse of judicial process, abuse of process, false imprisonment, civil conspiracy, and tortious interference counterclaims.

We ORDER the costs of this appeal to be paid by the party that incurred them.

SIGNED October 27, 2021.

_____
Beth Watkins, Justice